UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/05

GEORGE PIECZENIK,

                Plaintiff,

    - against -

PFIZER, INC.,

                Defendant.

ORDER

04 Civ. 4558 (LAK) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference with the Court on July 20, 2005, at which plaintiff failed to appear,

**IT IS HEREBY ORDERED THAT:**

1) plaintiff submit to the Court a written explanation for his non-appearance;

2) defendant submit its summary judgment motion by **August 5, 2005**;

3) plaintiff submit his response by **August 19, 2005**;

4) defendant submit its reply by **August 26, 2005**;

5) the parties appear for another conference with the Court on **October 19, 2005**, at 10:30a.m.

**SO ORDERED this 21st day of July 2005**
New York, New York

_____
The Honorable Ronald L. Ellis
United States Magistrate Judge