**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GEORGE PIECZENIK,                                        :
                                                        :
                                   Plaintiff,           :
                                                        :          **OPINION AND ORDER**
                       - against -                      :
                                                        :          **04 Civ. 4558 (LAK) (RLE)**
PFIZER, INC.,                                           :
                                                        :
                                   Defendant.           :

**RONALD L. ELLIS, United States Magistrate Judge:**

## I. BACKGROUND

On April 8, 2005, plaintiff George Pieczenik filed a motion to limit depositions to three

months; appoint a panel of three lawyers experienced in Pieczenik's prior patent litigation to act

as counsel to the undersigned; and to consent to jurisdiction over dispositive motions pursuant to

28 U.S.C. § 636 (b)(1)(B). Pieczenik's motion is hereby **DENIED**.

## II. DISCUSSION

Following a conference with the Court on May 10, 2005, the parties were ordered to

complete discovery by November 14, 2005. Order, dated May 10, 2005, ECF Doc. No. 13.

Since the Court has already ruled on the length of the discovery period, the part of the motion

seeking to limit depositions to three months is **DENIED** as moot.

Pieczenik's request to appoint a panel of three lawyers experienced in his prior patent

litigation to act as advisors to the Court is not supported by the record. Pieczenik asks the Court

to engage these lawyers to help determine "claim construction and infringement." Pieczenik's

Motion to Limit Depositions at 2. He has presented no special circumstances to justify this

action. Courts are competent to make these factual and legal determinations. The motion is

**DENIED**.

On September 7, 2004, Judge Kaplan referred this case to the undersigned for dispositive motions. Pieczenik's purported consent for this Court to have jurisdiction over dispositive motions pursuant to 28 U.S.C. § 636 (b)(1)(B) is **DENIED** as moot.

### III. CONCLUSION

Pieczenik's motion to limit depositions to three months; appoint a panel of lawyers; and to consent to jurisdiction over dispositive motions is hereby **DENIED**.

**SO ORDERED this 13th day of October 2005**
**New York, New York**

The Honorable Ronald L. Ellis
United States Magistrate Judge