UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGE PIECZENIK,

                Plaintiff,

- against -

PFIZER, INC.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/05

ORDER

04 Civ. 4558 (LAK) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference with the Court on October 19, 2005,

**IT IS HEREBY ORDERED** that by **November 1, 2005**:

1) counsel for defendant apprise the Court in writing of the status of settlement discussions; and

2) the parties submit a proposed discovery or summary judgment motion schedule to the Court.

**SO ORDERED this 19th day of October 2005**
New York, New York

The Honorable Ronald L. Ellis
United States Magistrate Judge